```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 21932
    HAROLD R ERICKSON
    BARBARA A ERICKSON                         CHAPTER 13

                                               JUDGE: MANUEL BARBOSA

        Debtor
    SSN XXX-XX-5504    SSN XXX-XX-9861


-------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/02/05 and confirmed on 08/01/05.

    2.  The case was dismissed after confirmation, 04/10/2008.

    3.  The Debtor paid a total of $ 133054.00 .

    4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                          PAID          PAID
-------------------------------------------------------------------------
CITIBANK NA              SECURED          11367.11         .00        11367.11
CITIMORTGAGE             CURRENT MORTG    32042.23         .00        32042.23
AMERICAN HONDA FINANCE C SECURED          18035.00       1188.14      18035.00
AMERICAN HONDA FINANCE C SECURED          18035.00        886.90      18035.00
AMERICAN EDUCATION       SPECIAL CLASS   NOT FILED         .00             .00
SMC                      UNSECURED          377.83         .00          248.75
RESURGENT CAPITAL SERVIC UNSECURED          556.03         .00          366.06
RESURGENT CAPITAL SERVIC UNSECURED        20273.99         .00        13347.55
RESURGENT CAPITAL SERVIC UNSECURED        17483.03         .00        11510.09
DISCOVER BANK            UNSECURED         9707.00         .00         6390.68
ECAST SETTLEMENT CORPORA UNSECURED          188.79         .00          114.96
HARRIS BANK CONSUMER LOA UNSECURED        NOT FILED        .00             .00
KOHLS                    UNSECURED         1197.31         .00          788.26
ECAST SETTLEMENT CORPORA UNSECURED         2185.95         .00         1439.14
RESURGENT CAPITAL SERVIC UNSECURED         2976.64         .00         1959.70
RESURGENT CAPITAL SERVIC UNSECURED         2315.88         .00         1524.68
CITIMORTGAGE             MORTGAGE ARRE     1265.90         .00         1265.90
AMERICAN HONDA FINANCE C UNSECURED         1116.37         .00          734.97
AMERICAN HONDA FINANCE C UNSECURED           71.23         .00           32.88
RESURGENT CAPITAL SERVIC UNSECURED          369.05         .00          242.97
-------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                          PAID          PAID
-------------------------------------------------------------------------
        Summary of disbursements:
-------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------
TOTAL CLMS ALLOWED 80745.24       .00      58819.10         .00       139564.34
PRINCIPAL PAID     80745.24       .00      38700.69         .00       119445.93
INTEREST PAID       2075.04       .00          .00          .00         2075.04
```

```
TOTAL PAID              82820.28           .00      38700.69             .00   121520.97
```
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00 and was paid $   1000.00  direct and $   1700.00  through the plan.

The Trustee received $   5383.03 .

Refunds to the Debtor totaled $   4450.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/18/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE